# CERTIFICATE OF SERVICE OF ANDERS BRIEF ON DEFENDANT

TO:     Defendant-Appellant

Alexus Tyson

[redacted]

[redacted]

FROM:     Counsel for Defendant-Appellant

I have reviewed the record documents in your case and have carefully reviewed the law in light of the circumstances of your case. Unfortunately, I cannot find a meritorious ground to submit to the court of appeals on your behalf. Because I find no issues of merit for your direct appeal, I am filing a brief in your case pursuant to the decision of the United States Supreme Court in Anders v. California, 386 U.S. 738 (1967).

As required by the Supreme Court's decision in Anders, I have:

[✓] provided you with a copy of the Anders brief; **AND**

[✓] advised you that you may file a supplemental pro se brief within 30 days.

*(If defendant had an interpreter in the district court, also complete the following):*

[ ] The substance of the Anders brief and your right to file a supplemental pro se brief within 30 days have been interpreted for you and communicated either over the telephone or in person; **OR**

[ ] The substance of the Anders brief and your right to file a supplemental pro se brief within 30 days have been translated for you and communicated in writing.

If you choose to file a supplemental pro se brief, it should be sent to the following address: Clerk, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, VA 23219-3517. Copies should also be served on counsel in the case.

/s/ Gregory Dolin                               7/09/2024
Signature                                           Date

12/13/2012
SCC