UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 9, 2024

_____

No. 24-4253
(8:22-cr-00023-LKG-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALEXUS PAIGE TYSON

        Defendant - Appellant

_____

ANDERS NOTICE

_____

NOTICE TO APPELLANT: Alexus Tyson

PRO SE SUPPLEMENTAL BRIEF DUE: 08/08/2024

Your attorney has filed a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Rachel Phillips, Deputy Clerk
804-916-2702

Copies:	Mr. Gregory Dolin
UNIVERSITY OF BALTIMORE SCHOOL OF LAW
1420 North Charles Street
Baltimore, MD 21201

Darren Spencer Gardner
OFFICE OF THE UNITED STATES ATTORNEY
Southern Division
6406 Ivy Lane
Suite 800
Greenbelt, MD 20770